John Robert Lopez, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Respondent–Appellee.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

William Scott Sours appeals pro se from the district court's denial of his motion for contempt. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sours contends the district court abused its discretion by denying the motion because the Bureau of Prisons ("BOP") violated the district court's August 27, 2009, order to stop collecting restitution payments through the Inmate Financial Responsibility Program (IFRP).

We review the denial of a motion for contempt for abuse of discretion. *Balla v. Idaho State Bd. of Corr.*, 869 F.2d 461, 464 (9th Cir.1989). The record shows that the BOP began collecting restitution payments again after Sours voluntarily entered into a contract and agreed to participate in the IFRP. Accordingly, the district court did not abuse its discretion by denying the motion for contempt. *See United States v. Lemoine*, 546 F.3d 1042, 1048 (9th Cir. 2008) ("[N]othing in the text of the statute or our prior decisions places any limits on the BOP's operation of an independent program, such as the IFRP, that encourages inmates voluntarily to make more generous restitution payments than mandated in their respective judgments.").

**AFFIRMED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jack Benny WILLIAMS, a.k.a. Snow, Defendant—Appellant.**

**No. 10–50453.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 19, 2012.

Michael J. Raphael, Esquire, Ami Sheth, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Philip Deitch, Esquire, Philip Deitch Law Offices, Santa Monica, CA, for Defendant–Appellant.

Jack Benny Williams, Lompoc, CA, pro se.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Jack Benny Williams appeals his 18–month sentence imposed for selling counterfeit currency of the United States with intent to defraud, in violation of 18 U.S.C. § 473. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Williams's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Williams the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

